IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ARTURO GONZALEZ-VEGA

Plaintiff

vs                                                    CIVIL 98-1873CCC

HON. PEDRO TOLEDO; POL. HECTOR
ORTIZ-ROSA; POL. ANGEL M. RUIZ-
SUAREZ; POL. EDWIN OCASIO-REYES;
POL. ISMAEL CARTAGENA-CARATINI;
POL. JACINTO RAMIREZ-ROJAS;
POL. JOSE L. CINTRON-VAZQUEZ;
SUPERVISORY OFFICERS A, B, C and D;
DISCIPLINARY OFFICERS X, Y and Z

Defendants

## ORDER FOR FILING VOIR DIRE AND JURY INSTRUCTIONS IN CASES TO BE HEARD BEFORE JUDGE CARMEN CONSUELO CEREZO

The voir dire and jury instructions are, in general, prepared by the Court. The parties should submit whatever special instructions or wording they believe necessary for the specific facts of their case. Instructions should be carefully reviewed prior to submission. The Court is not interested in receiving a panoply of possible suggested instructions from which to choose, for each point. One for each specific point will suffice and differences in specific wording will be resolved at the charge conference.

In an effort to streamline and facilitate the compilation of the instructions, the attorneys shall follow the requested format. Submissions not complying with these requirements will not be considered.

1. Any preliminary jury instructions shall be packaged with the proposed voir dire.

CIVIL 98-1873CCC                           2

2. Each instruction shall appear on a separate page, and be numbered and identified as to the party: e.g. Peggy Smith's Proposed Instruction #1.

3. Each instruction shall have a caption identifying its contents, e.g. Interstate Commerce - Definition.

4. Each instruction shall be followed by a citation to a source, either an accepted pattern book or supporting case law. Instructions taken from pattern books must be from the current edition and be identified by the year as well as the title.

5. All instructions supported by case law, treatises, articles, and the like, shall include as an addendum photocopies of the complete cases or materials cited therein. Each photocopy shall be identified as to which instruction number(s) it supports, and the specific section supporting each instruction should be either highlighted or marked with brackets. THE COPIES OF CASES AND MATERIALS SHOULD NOT BE FILED.

Requested voir dire and instructions shall be filed no later than seven (7) working days before trial. Two sets of working copies and ONE set of photocopies of supporting cases shall be delivered to chambers, in addition to the set filed.

SO ORDERED.

At San Juan, Puerto Rico, on October 25, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)