IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ARTURO GONZALEZ-VEGA

    Plaintiff(s)

v.

HON. PEDRO TOLEDO, ET AL

    Defendant(s)

Civil No. 98-1873(CC)

**"AMENDED"**    **ORDER SETTING PRETRIAL CONFERENCE**

TO THE ATTORNEYS IN THE ABOVE CASE:

    You are hereby notified that a Pretrial Conference in the above case will be held on March 1, 2000 at 4:45PM, before the Honorable Judge Carmen Consuelo Cerezo. This conference will be governed by Rule 16 of the Federal Rules of Civil Procedure and Rule 314.3 of the Local Rules of this Court.

    It is ORDERED that each party be represented by the attorney who expects to conduct the actual trial and that each attorney be familiar with the rules of pretrial aforementioned.

    Counsel are directed to meet informally at least fifteen (15) days prior to the date of the Pretrial to discuss settlement and if settlement cannot be reached, to review, mark, and designate exhibits and depositions, discuss and prepare the proposed joint Pretrial Order.

    IT IS FURTHER ORDERED that the proposed Pretrial Order shall be filed with the Clerk of this Court in original and two (2) copies at least seven (7) days before the scheduled date for the Pretrial Conference. Said copies may be made by any means of reproduction as long as they are black, sharp, clear and double-spaced.

    IT IS FURTHER ORDERED that if the Pretrial Conference is held before a Magistrate Judge, he will, within the following three (3) days, prepare and submit directly to the Judge to whom the case is assigned a short report stating: (1) what portions of the Pretrial Order were not complied with by the parties: (2) the reasons adduced by the parties for the noncompliance; (3) what action was taken by the Magistrate Judge; and (4) what action is recommended to be taken by the Judge.

    IT IS FURTHER ORDERED that failure to comply with this Order Setting Pretrial Conference may result in the imposition of any sanctions that the Court may deem appropriate including the dismissal of the case.

    IT IS SO ORDERED.

    At San Juan, Puerto Rico, this 9TH day of November, 1999.

    FRANCES RIOS DE MORAN
    Clerk of the Court

    By: _____
        Deputy Clerk

s/c:
    E. Lopez, J. Cintron, L. Rodriguez

NOV 1 0 1999