# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

González Vega

VS.

Hon. Pedro Toledo et al.



CR/(CIV)/MISC 98-1873 CCC

98-1873

## DESCRIPTION OF MOTION

DATE FILED:   DOCKET:   TITLE: Special Appearance Requesting Extension of Time

[ ] Plaintiff(s)   [#] 30
[ ] Defendant(s)

## O-R-D-E-R

✓ GRANTED;   ___ DENIED.

___ MOOT.   ___ NOTED.

RECEIVED & FILED 1999 DEC 13 AM 8 33 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

OTHER: Defendant Héctor M. Ortiz Rosa is granted a final extension which expires on January 25, 2000 to answer or otherwise plead.

s/c: E. López
L. Ríos
F. Ojeda
J. Cintrón

DEC 13 1999

12/10/99
DATE

CARMEN CONSUELO CEREZO
United States District Judge