# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    January 28, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


LUIS ARTURO GONZALEZ-VEGA

vs                                        CIVIL 98-1873CCC

PEDRO TOLEDO, et al


By order of the Court, the Motion for Continuance (**docket entry 29**) is GRANTED.

The **pretrial conference is reset for March 9, 2000 at 4:45 PM.** Parties to be notified.


                                          *signature* - Secretary