IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    March 9, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

LUIS ARTURO GONZALEZ-VEGA

vs                                          CIVIL 98-1873CCC

PEDRO TOLEDO, et al

    The pretrial conference set for this date was not held. Present were: Ernesto López-Soltero counsel for plaintiff and José Santiago-Rivera counsel for defendants.

    Defendants' Petition for Enlargement to Submit Motion for Summary Judgment (**docket entry 36**) is GRANTED. The Motion for Summary Judgment tendered on March 6, 2000 is ORDERED FILED. Plaintiff is granted until April 11, 2000 to file his opposition to this motion.

    The **pretrial conference is reset for June 30, 2000 at 4:45 PM.** Parties must file their Joint Pretrial Order by June 22, 200, they filed separate proposed Pretrial Orders for the March 9, 2000 pretrial setting.

    Jury trial set for July 18, 2000 remains in effect. Parties to be notified.

                                            - Secretary

