IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                April 26, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

LUIS ARTURO GONZALEZ-VEGA

vs                                                    CIVIL 98-1873CCC

PEDRO TOLEDO, et al

By order of the Court, the Joint Informative Motion and Requesting Extension of Terms (**docket entry 40**), the same is GRANTED. Extension expires on April 27, 2000. Parties to be notified.

                                                      *m* - Secretary