IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
5-16-00
PURSUANT TO FRCP RULES 58 & 79a

LUIS ARTURO GONZALEZ VEGA

Plaintiff

vs.                                                    CIVIL 98-1873CCC

HON. PEDRO TOLEDO; POL. HECTOR
ORTIZ ROSA; POL. ANGEL M. RUUIZ
SUAREZ; POL. EDWIN OCASIO REYES;
POL. ISMAEL CARTAGENA CARATINI;
POL. JACINTO RAMIREZ ROJAS; POL.
JOSE L. CINTRON VAZQUEZ;
SUPERVISORY OFFICERS A,B,C, and D;
DISCIPLINARY OFFICERS X,Y, and Z

Defendants



## JUDGMENT

Having considered the Settlement Agreement filed by the parties on May 3, 2000 (**docket entry 42**), the same is APPROVED and this action is hereby DISMISSED, with prejudice, pursuant to the terms and conditions of said Settlement Agreement which are made part of this Judgment.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on May 11, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)