IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                     May 9, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

LUIS ARTURO GONZALEZ-VEGA

vs                                         CIVIL 98-1873CCC

PEDRO TOLEDO, et al

By order of the Court, Judgment having been entered on this date dismissing this action, the **pretrial conference set for June 30, 2000 as well as the jury trial set for July 18, 2000 are VACATED.** Parties to be notified.

                                            ~~ - Secretary