IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                            August 1, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

LUIS A. GONZALEZ-VEGA

vs                                                CIVIL 98-1873CCC

HON. PEDRO TOLEDO, et al

By order of the Court, the Motion for Consignment under Rule 67 (**docket entry 46**) is GRANTED. Parties to be notified.

 - Secretary