IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ARTURO GONZALEZ VEGA

Plaintiff

vs.                                                    CIVIL 98-1873CCC

HON. PEDRO TOLEDO; POL. HECTOR
ORTIZ ROSA; POL. ANGEL M. RUUIZ
SUAREZ; POL. EDWIN OCASIO REYES;
POL. ISMAEL CARTAGENA CARATINI;
POL. JACINTO RAMIREZ ROJAS; POL.
JOSE L. CINTRON VAZQUEZ;
SUPERVISORY OFFICERS A,B,C, and D;
DISCIPLINARY OFFICERS X,Y, and Z

Defendants

**ORDER**

Presently before the court is a Motion to Include Omitted Party for Judgment filed on May 18, 2000 (**docket entry 45**), in which defendants state that by inadvertence co defendant Hector M. Ortiz-Rosa was not included in the settlement agreement and consequently did not appear in the judgment dismissing the case pursuant to said agreement. A review of the file reflects that the May 3, 2000 agreement (docket entry 42) included Mr. Ortiz-Rosa in its second paragraph as one of the defendants and that the court's judgment filed May 9, 2000 (docket entry 43) included this defendant in its caption. The mistake was apparently made in some other case. The Motion is therefore DENIED.

SO ORDERED

At San Juan, Puerto Rico, on August 9, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)