IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS ARTURO GONZALEZ VEGA

Plaintiff

vs.                                                                          CIVIL 98-1873CCC

HON. PEDRO TOLEDO; POL. HECTOR
ORTIZ ROSA; POL. ANGEL M. RUUIZ
SUAREZ; POL. EDWIN OCASIO REYES;
POL. ISMAEL CARTAGENA CARATINI;
POL. JACINTO RAMIREZ ROJAS; POL.
JOSE L. CINTRON VAZQUEZ;
SUPERVISORY OFFICERS A,B,C, and D;
DISCIPLINARY OFFICERS X,Y, and Z

Defendants

## ORDER

The Motion for Consignment under Rule 67 filed July 13, 2000 (**docket entry 46**) is GRANTED. The Motion Requesting Disbursement of Funds filed by plaintiff on July 26, 2000 (docket entry 47) is GRANTED. The Clerk of the Court shall issue one check for the full amount of the $15,000 deposited with the court payable to plaintiff Luis Arturo Gonzalez Vega and Ernesto Soltero, Esq.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on August , 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)